Yeah, my question is, I mentioned some alternatives, and a lot of them turned out to be more mutuous alternatives and even moderate alternatives than the fundamental ones. My question is, who are alternative, and who is the people there, or who is the opponents, well, is it simply... Exactly, I thought you were trying to pick that one. No, what I'm trying to get at is how do you develop such a system, who are the people there, and who are non-conservatives. And how do you develop such a system, and
judges: Kozinski, Thomas, Friedland